UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **United States of America,** | Criminal No. 05-CR-127 (JNE/SRN) |
| **Plaintiff,** | |
| v. | **ORDER** |
| **Efrain Arias-Perez, a/k/a Erasmo Coroba (02)** | |
| **Defendant**. | |

Erika Mozangue, Esq., on behalf of Plaintiff

Lyonel Norris, on behalf of Defendant Efrain Arias-Perez

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated June 21, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED**

1. Defendant's letter motion to join the Motion to Dismiss [Doc. No. 32] filed by his former co-defendant, Cesar Godinez-Perez, is **DENIED.**

Dated: July 13, 2005.

                                        s/ Joan N. Ericksen
                                        Judge Joan N. Ericksen
                                        United States District Court Judge